Lisa Blanco Jimenez, Bar No. 234671
ljimenez@neumiller.com
Micaela N. Chapa, Bar No. 351410
mchapa@neumiller.com
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
Post Office Box 20
Stockton, CA 95201-3020
Telephone:    209-948-8200
Facsimile:    209-948-4910

Attorneys for Plaintiff SHAMIRAN ATOORI


JAMES CONLEY, Bar No. 224174
jconley@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
Telephone:    (916) 565-2900
Facsimile:    (916) 920-4402

Attorneys for Defendants
WALMART INC. (formerly, WAL-MART STORES,
INC.), and WAL-MART ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMIRAN ATOORI, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC. (formerly, WAL-MART STORES, INC.), a Delaware corporation; WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-03114-TLN-JDP<br><br>**JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE; ORDER**<br><br><br><br><br><br><br>Action Filed:    September 7, 2024<br>Removal Filed:   November 8, 2024 |

GORDON REES SCULLY
MANSUKHANI, LLP

- 1 -

JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE; ORDER

Plaintiff SHAMIRAN ATOORI ("Plaintiff") and Defendants WALMART INC. and WAL-MART ASSOCIATES, INC. (hereinafter "Defendant") (collectively "the Parties"), by and through their counsel, hereby stipulate and agree as follows:

### RECITALS AND JOINT STIPULATION

WHEREAS, on November 12, 2024, this Court issued an Initial Pretrial Scheduling Order in which it set May 6, 2026 ("one hundred eighty (180) days after the close of discovery ") as the last day for the Parties to file dispositive motions;

WHEREAS, the Parties have completed discovery except for the agreed upon deposition of Walmart witness Amanda Rodriguez, which is agreed to take place prior to mediation, and all other discovery is closed;

WHEREAS, the Parties have acted diligently to litigate and prepare this case for trial in an efficient and expeditious manner;

WHEREAS, in an effort to resolve this case informally, the Parties have decided to engage in settlement negotiations, and have scheduled mediation with Kael Briski, Esq. on June 24, 2026, his first available date;

WHEREAS, the Parties have agreed to briefly stay motion practice (including the Parties' dispositive motion(s)) in order to preserve resources and reduce unnecessary costs to the Parties while focusing on a possible resolution of this case;

WHEREAS, good cause exists for a short extension of the dispositive motion deadline to allow all Parties to participate in mediation, without prejudice to their ability to prepare any dispositive motions;

WHEREAS, this request is made in good faith and not for the purpose of delay, and the requested extension will not prejudice either party;

NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and between Plaintiff and Defendant, through their respective counsel, that the Court issue an order extending the dispositive motion filing deadline from May 6, 2026, to August 6, 2026.  This extension of time will allow for the consideration of a mediator's proposal and/or follow-up settlement discussions without the incursion of unnecessary fees that could frustrate settlement efforts.

GORDON REES SCULLY
MANSUKHANI, LLP

- 2 -                                   2:24-CV-03114-TLN-JDP

JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE; [PROPOSED] ORDER

**IT IS SO STIPULATED.**

Dated:  April 3, 2026                                     NEUMILLER & BEARDSLEE


                                                          By:  */s/ Lisa Blanco Jimenez*
                                                               Lisa Blanco Jimenez
                                                               Micaela N. Chapa
                                                               Attorneys for Plaintiff SHAMIRAN
                                                               ATOORI


Dated: April 3, 2026                                      GORDON REES SCULLY MANSUKHANI, LLP


                                                          By:  */s/ James T. Conley*
                                                               James T. Conley
                                                               Attorneys for Defendants
                                                               WALMART INC. (formerly, WAL-MART
                                                               STORES, INC.), and WAL-MART
                                                               ASSOCIATES, INC.

## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories in compliance with Local Rule 131(e).


Date:  April 3, 2026                                      By:  */s/ James T. Conley*
                                                               James T. Conley

JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE; [PROPOSED] ORDER

GORDON REES SCULLY
MANSUKHANI, LLP

**ORDER**

The Court having read and considered the Parties' Joint Stipulation to Extend the Dispositive Motion Deadline, and good cause appearing:

IT IS HEREBY ORDERED that the Parties' last day to file dispositive motions shall be extended by 90 days, from May 6, 2026, to August 6, 2026.

**IT IS SO ORDERED.**

Dated: April 6, 2026

_____
Troy L. Nunley
Chief United States District Judge

GORDON REES SCULLY
MANSUKHANI, LLP

- 4 -                                     2:24-CV-03114-TLN-JDP

JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE; [PROPOSED] ORDER